| | | |
|---|---|---|
| People v King | App Div, 3d Dept, 5/5/16 (Schoharie) | dismissed 10/24/16 (Fahey, J.) |
| People v Kordish | 2d Dept: 140 AD3d 981 (Queens) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Latorres | App Div, 1st Dept: 2016 NY Slip Op 79483(U) (NY) | denied 10/11/16 (DiFiore, Ch. J.) |
| People v Lawrence | 4th Dept: 141 AD3d 1079 (Erie) | denied 10/11/16 (Garcia, J.) |
| People v Leverich | 2d Dept: 140 AD3d 901 (Dutchess) | denied 10/4/16 (Pigott, J.) |
| People v Lewis (Gil) | 1st Dept: 139 AD3d 571 (NY) | denied reconsideration 10/19/16 (Rivera, J.) |
| People v Lewis (L.A.) | 1st Dept: 139 AD3d 546 (NY) | denied 10/11/16 (Garcia, J.) |
| People v Lewis (Michael) | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 134(A) (Kings) | denied 10/24/16 (Fahey, J.) |
| People v Lewis (Robert) | 4th Dept: 140 AD3d 1593 (Steuben) | denied 10/11/16 (Garcia, J.) |
| People v MacKenzie | 2d Dept: 132 AD3d 908 (Nassau) | denied reconsideration 10/27/16 (Abdus-Salaam, J.) |
| People v Maldonado | 3d Dept: 140 AD3d 1530 (Albany) | denied 10/11/16 (Fahey, J.) |
| People v Mandela | 3d Dept: 142 AD3d 81 (Ulster) | denied 10/11/16 (Rivera, J.) |
| People v Marino | 2d Dept: 135 AD3d 877 (Queens) | denied reconsideration 10/24/16 (Stein, J.) |
| People v Marrow | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 136(A) (Westchester) | denied 10/4/16 (Pigott, J.) |
| People v Martinez | 1st Dept: 140 AD3d 624 (NY) | denied 10/11/16 (Garcia, J.) |
| People v McElroy | 2d Dept: 139 AD3d 982 (Kings) | denied 10/3/16 (Garcia, J.) |
| People v Mejia | 2d Dept: 142 AD3d 628 (Suffolk) | denied 10/24/16 (Fahey, J.) |
| People v Melendez | 2d Dept: 138 AD3d 758 (Suffolk) | denied 10/11/16 (Garcia, J.) |
| People v Mendez | 2d Dept: 142 AD3d 510 (Kings) | denied 10/17/16 (Stein, J.) |
| People v Menner | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 53 Misc 3d 52 (Kings) | denied 10/11/16 (Garcia, J.) |
| People v Mingo | 1st Dept: 141 AD3d 423 (NY) | denied 10/4/16 (Pigott, J.) |